```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

Erin M. Murphy

    v.                                                       Case No. 1:23-cv-281-PB-AJ

Acting Commissioner, Social
Security Administration

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 26, 2023, deny Erin Murphy's motion to reverse and remand (doc. no. 8) and grant the Acting Commissioner's motion to affirm (doc. no. 11).  The clerk of court shall enter judgment and close the case.

                                                                   /s/Paul Barbadoro
                                                           _____
                                                           Paul J. Barbadoro
                                                          United States District Judge

Date: January 9, 2024

cc: Counsel of Record